427 A.2d 1186

Commonwealth ex rel., Ortiz v. DiGiacinto etc.

Appeal of Efrain Ortiz.

Submitted September 13, 1979. Mark S. Refowich, for appellant; John Gallagher, District Attorney, for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.